PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

FILED
MAR -3 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
_____ DIVISION

MICHAEL G. VALDEZ SO# 155781
Plaintiff's Name and ID Number

ECTOR COUNTY
Place of Confinement

CASE NO. 7:23-cv-039
(Clerk will assign the number)

v.

MIKE GRIFFS
P.O. BOX 2066 ODESSA, TX 79760
Defendant's Name and Address

ROBIN MC CULLOUGH 2500 S HWY 385 ODESSA TX 79764
Defendant's Name and Address

CINDY VELASQUES 2500 S HWY 385 ODESSA TX 79764
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES  ✓ NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit:_____

        2. Parties to previous lawsuit:

            Plaintiff(s)_____

            Defendant(s)_____

        3. Court: (If federal, name the district; if state, name the county.)_____

        4. Cause number:_____

        5. Name of judge to whom case was assigned: _____

        6. Disposition: (Was the case dismissed, appealed, still pending?) _____

        7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: ECTOR COUNTY JAIL

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?   ✓ YES ___ NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: MICHAEL GEORGE VALDEZ P.O. BOX 331 ODESSA TX 79760

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: MIKE GRIFFS ECTOR COUNTY SHERIFFS OFFICE SHERIFF P.O. BOX 2066 ODESSA TX 79760
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Refused Grievance Prossess, Hygene, Mail, Bible, Med treatment

Defendant #2: EDDIE MANCHA CHIEFF DEPUTY ECTOR COUNTY SHERIFFS OFFICE P.O. BOX 2066 ODESSA TX 79760
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Refused Grievance Prossess, Hygene, Mail, Bible, Med treatment.

Defendant #3: MSGT Taelor Warner ECTOR COUNTY SHERIFFS OFFICE 2500 S Hwy 385 Odessa TX 79764
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Refused Bible Right to file grievance over Crowding

Defendant #4: SGT ANDREW LIGON ECTOR COUNTY SHERIFFS OFFICE 2500 S Hwy 385 Odessa TX 79764
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Over Crowding, P.R.E.A., DUE PROSESS, RIGHT TO GRIEVANCE

Defendant #5: SGT ROCKY BRIGHT ECTOR COUNTY SHERIFFS OFFICE 2500 S Hwy 385 Odessa TX 79764
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
① Right TO DUE PROSESS ANSWER OWN GRIEVANC

3

Continued

IV

Defendant #6: CINDY VELASQUEZ COMMISARY MANAGER 2500 S HWY 385 ODESSA TX 79764

Defendant #7: ROBIN McCullough DIRECTOR OF NURSING 2500 S HWY 385 ODESSA TX 79764

DEFENDANT #8 LORI HODKINS ASSISTANT DIRECTOR OF NURSING 2500 S.HWY 385 ODESSA,TX 79764

(3 A)

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

#1 Mike Griffs Knowing About these Civil Rights Violations according to all the Staff I talk to its Policy From Jan 25 - March 1st From Booking holding Cell to 1102

#2 EDDIE MANCHA Knew about His officers mis Conduct and did nothing about it and refused to Speak to me leaving no option but to File Suit

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

DAMAGES AWARDED. RECIEVE MEDICAL TREATMENT. And Be TREATED WITH WITH RIGHTS

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
MICHAEL GEORGE MASTERS VALDEZ

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
SO# 155781  F.B.I #340615EC6

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____
2. Case number:_____
3. Approximate date sanctions were imposed:_____
4. Have the sanctions been lifted or otherwise satisfied?          ____YES  ____NO

4

V.

#3 ROBIN McCullough on 1-30-23 Charge nurse Refused treatment for a painfull tooth due to being indagent

#4 LORIE Hodkins REFUSED MEDICAL TREATMENT ON 2-1-23 FOR TOOTH DUE TO BEING INDAGENT AND ALLOWED A NURSE TO DIAGNOSE WHO IS NOT A LISENSED DENTIST

#5 CINDY VELASQUEZ on 2-16-23 Refused Hygene Personal mail Parcels refused grievance answer and ordered grievance Derision on one self

#6 ROCKY BRIGHT ON 2-14-23 I filed A GRIEVANCE ON MR Bright WHO FAILED TO ANSWER TO PROCEDURS INSTEAD OF PASSING CONPLAINT

#7 ANDREW LIGON ON 1-25-23 - 1-27-23 I WAS PLACED IN A CONCREATE HOLDING CEll ON SUICIDE WATCH I WASNt GIVVEN A SUICIDE PREVENTION GOWN OR BLANKET THEY WOULD TURN HEAT ON TILL I WOULD SWEAT THEN THEY WOULD TURN ON AC

V continued

THEN I WOULD GET COLD THEY GAVE ME A PAPER SUIT WHITCH RIPPED THE FIRST TIME I LAYED DOWN RIPPED OFF MY BACK AND THEY WOULD LAUGH AT ME AND MAKE DIROGITORY COMMENTS ABOUT MY NUDE I FELT EMBERASED AND HUMILIATED HE ALSO DENIED GRIEVANCE FOR OVER CROWDING

#8 TAELOR WARNER Refused ME BIBLE RELIJOUS CONTACT WITH CHAPLIN

Michael Valdez SO #155781    (Legal Mail)
P.O. Box 331        #155781
Odessa TX
   79760



RECEIVED

MAR 0 3 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY

Western District of Texas
Federal Courthouse Clerk of Court
200 E Wall St Ste 222
Midland TX 79701

pt. 1